**CAMPBELL CAMPBELL EDWARDS & CONROY**
PROFESSIONAL CORPORATION



1 CONSTITUTION WHARF
SUITE 310
BOSTON, MA 02129
TEL: (617) 241 3000
FAX: (617) 241 5115

CHRISTOPHER B. PARKERSON
(617) 241-3075
cparkerson@campbell-trial-lawyers.com

November 26, 2018

<u>*VIA USDC ECF*</u>
United States District Court
District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way - Suite 2300
Boston, MA 02210

Re:   Dianna Khun v. Sleepy's, LLC, et al
      USDC 1:17-cv-10110-FDS

Dear Sir or Madam:

I represent Sleepy's, LLC in the above referenced matter. The stay referenced in the Suggestion of Bankruptcy filed on October 8, 2018 has been lifted and the Court is free to proceed with final approval of the settlement as scheduled.

Thank you for your attention to this matter.

Sincerely,

Christopher B. Parkerson

CBP:jav